# Exhibit A

Case 1:22-cv-02598-MHC   Document 1-1   Filed 06/29/22   Page 2 of 11

State Court of Fulton County
**E-FILED**
22EV001664
3/14/2022 4:57 PM
Christopher G. Scott, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **HALIMAH BARLOW,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**HONG BIN ZHANG, individually; LINK US TRANSPORTATION INC., and AMERICAN SENTINEL INSURANCE COMPANY,**<br><br>　　　Defendants. | **JURY TRIAL DEMANDED**<br><br>**CIVIL ACTION**<br>**FILE NO.** _____ |

## **COMPLAINT**

COMES NOW HALIMAH BARLOW, (hereinafter referred to as "Plaintiff") and file this Complaint for Damages against HONG BIN ZHANG, individually; LINK US TRANSPORTATION INC., and AMERICAN SENTINEL INSURANCE COMPANY (hereinafter referred to as "Defendants") as follows:

### **PARTIES AND JURISDICTION**

1.

Plaintiff HALIMAH BARLOW is a resident of the State of Georgia.

2.

Defendant HONG BIN ZHANG is a citizen and resident of the State of CALIFORNIA, who resides at 1928 HAWAII ST, WEST COVINA, LOS ANGELES COUNTY, CALIFORNIA 91792-2458 and may be served with a Summons and Complaint as allowed by law.

- 1 -

3.

Defendant LINK US TRANSPORTATION INC. is a Domestic Stock Corporation existing under the laws of the State of California with its principal place of business in California and may be served by and through its registered agent, HONGFEI LU, 12429 Denholm Drive El Monte, California 91732.

4.

AMERICAN SENTINEL INSURANCE COMPANY is a Foreign Corporation existing under the laws of Georgia with its principal place of business in Pennsylvania and may be served through its registered agent CT Corporation at 289 S. Culver St, Lawrenceville, GA 30046-4805.

5.

Jurisdiction and venue are proper in this court.

## BACKGROUND

6.

On or about March 15, 2020, Plaintiff was a passenger in a 2019 Hyundai Accent.

7.

On March 15, 2020, Defendant Zhang was the driver of a 2016 Freightliner.

8.

On this date, Defendant Zhang was operating his tractor-trailer on behalf of Defendant Link Us Transportation Inc.

9.

On March 15, 2020, at approximately 9:19 p.m. Plaintiff sustained severe injuries when Defendant Zhang was following too closely and collided with the vehicle in which Plaintiff was a passenger.

10.

As a result of the collision, Plaintiff suffered severe and permanent injuries.

## COUNT 1
## NEGLIGENCE

11.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 10 above as if fully restated.

12.

Defendant Zhang was negligent in the following manner:

(a) In failing to make reasonable and proper observations while operating the freightliner, or if reasonable observations were made, failing to act thereon;

(b) In driving the freightliner in reckless disregard for the safety of persons and/or property

(c) In Following Too Closely

13.

Defendant Zhang was negligent in failing to maintain a proper lookout for the vehicle in which the Plaintiff was a passenger in and colliding with said vehicle.

14.

Defendant Zhang's negligence is the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

## COUNT 2
## IMPUTED LIABILITY

15.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 14 above as if fully restated.

16.

At the time of the subject collision, Defendant Zhang was under dispatch for Defendant Link Us Transportation Inc.

17.

At the time of the subject collision, Defendant Zhang was operating his vehicle on behalf of Defendant Link Us Transportation Inc.

18.

Defendant Link Us Transportation Inc. is an interstate motor carrier, and pursuant to federal and state laws, is responsible for the actions of Defendant Zhang in regard to the collision described in this complaint under the doctrine of lease liability, agency or apparent agency.

## COUNT 3
## NEGLIGENT HIRING, TRAINING & SUPERVISION

19.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 18 above as if fully restated.

20.

Defendant Link Us Transportation, Inc. was negligent in hiring Defendant Zhang and entrusting him to drive a tractor-trailer.

21.

Defendant Link Us Transportation, Inc. was negligent in failing to properly train Defendant Zhang.

22.

Defendant Link Us Transportation, Inc. was negligent in failing to properly supervise Defendant Zhang.

23.

Defendant Link Us Transportation, Inc.'s negligence in hiring Defendant Zhang entrusting him with driving a commercial vehicle and failing to train and supervise him properly was the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

## COUNT 4
## DIRECT ACTION

24.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 23 above as if fully restated.

25.

Defendant American Sentinel Insurance Company is subject to a direct action as the insurer for Defendant Link Us Transportation, Inc. pursuant to O.C.G.A. § 40-2-140 or its predecessor O.C.G.A. § 46-7-12.1.

26.

Defendant American Sentinel Insurance Company was the insurer of Defendant Link Us Transportation, Inc. at the time of the subject incident and issued a liability policy to comply with the filing requirements under Georgia law for interstate transportation.

27.

Defendant American Sentinel Insurance Company and Defendant Link Us Transportation, Inc. are subject to the filing requirements outlined in O.C.G.A. § 40-2-140 or its predecessor O.C.G.A. § 46-7-12.1.

28.

Defendant American Sentinel Insurance Company is responsible for any judgment rendered against defendant Link Us Transportation, Inc. and Defendant Zhang up to its policy limits of coverage.

## COUNT 5
## DAMAGES

29.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 28 above as if fully restated.

30.

As a result of Defendants' negligence, Plaintiff suffered neck pain, back pain, chest pain and headaches.

31.

As a result of Defendants' negligence, Plaintiff has incurred past medical expenses and will continue to incur future medical expenses.

32.

As a result of Defendants' negligence, Plaintiff has been unable to work and has a claim for past and future lost wages.

33.

Defendants' negligence is the sole and proximate cause of Plaintiff's injuries.

## COUNT 6
## PUNITIVE DAMAGES

34.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 33 above as if fully restated.

35.

Defendants' conduct was reckless, willful and wanton, and demonstrates a conscious indifference to the consequences of their actions and entitles Plaintiff to an award of punitive damages.

WHEREFORE, Plaintiff prays that she has a trial on all issues and judgment against Defendants as follows:

a. That Plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

b. That Plaintiff recover for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

c. That Plaintiff recover punitive damages in an amount to be determined by the enlightened conscience of a jury; and

d. That Plaintiff recover such other and further relief as is just and proper.

This 14th day of March, 2022.

Respectfully submitted,

_/s/ Chelsea Heron_

Ross Moore II
Georgia Bar No. 142987
Chelsea Heron
Georgia Bar No. 698094
Attorneys for Plaintiff

ROSS MOORE II, P.C.
309 N. Highland Ave. NE, Suite A
Atlanta, GA 30307
 (404) 445-8122
(Phone & Fax)

**DISCOVERY SERVED WITH COMPLAINT**

Case 1:22-cv-02598-MHC   Document 1-1   Filed 06/29/22   Page 9 of 11

**State Court of Fulton County**
**\*\*E-FILED\*\***
**22EV001664**
**3/14/2022 4:57 PM**
**Christopher G. Scott, Clerk**
**Civil Division**

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE #: _____

Halimah Barlow c/o Ross Moore II., PC
309 North Highland Ave., NE Suite A
Atlanta, GA 3       30307

Plaintiff's Name, Address, City, State, Zip Code

vs.

Hong Bin Zhang, individually; Link US
Transporation INC., and American Ser

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT: American Sentinel Insurance Company Registered Agent: CT Corporation 289 S. Culver St, Lawrenceville, GA 30046-4805

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Ross Moore II., PC.
Address: 309 North Highland Ave., NE
City, State, Zip Code: Atlanta, GA 30307         Phone No.: 404-445-8122

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.     _____
                                                                DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

**WRITE VERDICT HERE:**
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
22EV001664
3/14/2022 4:57 PM
Christopher G. Scott, Clerk
Civil Division

Case 1:22-cv-02598-MHC   Document 1-1   Filed 06/29/22   Page 10 of 11

GEORGIA, FULTON COUNTY                                   DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY            CIVIL ACTION FILE #: _____
   Civil Division

Halimah Barlow c/o Ross Moore II., PC
309 North Highland Ave., NE Suite A
Atlanta, GA 3      30307
Plaintiff's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
|  | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

vs.

Hong Bin Zhang, individually; Link US
Transporation INC., and American Ser
_____
Defendant's Name, Address, City, State, Zip Code

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT: **HONG BIN ZHANG 1928 HAWAII ST, WEST COVINA, LOS ANGELES COUNTY, CALIFORNIA 91792-2458**

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Ross Moore II., PC.
Address: 309 North Highland Ave., NE
City, State, Zip Code: Atlanta, GA 30307      Phone No.: 404-445-8122

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.    _____
                                                              DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

**WRITE VERDICT HERE:**
We, the jury, find for _____

_____
This _____ day of _____, 20_____.    _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Case 1:22-cv-02598-MHC   Document 1-1   Filed 06/29/22   Page 11 of 11

State Court of Fulton County
**E-FILED**
22EV001664
3/14/2022 4:57 PM
Christopher G. Scott, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**                                    DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**                CIVIL ACTION FILE #: _____
   Civil Division

Halimah Barlow c/o Ross Moore II., PC.
_____
309 North Highland Ave., NE Suite A
_____
    Atlanta, GA                30307
_____
Plaintiff's Name, Address, City, State, Zip Code

                           vs.

Hong Bin Zhang, individually; Link US
_____
Transporation INC., and American Sentinel Insurance Company
_____

_____
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:   Link US Transportation Inc Registered Agent, HONGFEI LU, 12429 Denholm Drive El Monte, California 91732

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Ross Moore II., PC.
Address: 309 North Highland Ave., NE
City, State, Zip Code: Atlanta, GA 30307              Phone No.: 404-445-8122

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

                                                Christopher G. Scott, Chief Clerk (electronic signature)

_____

***SERVICE INFORMATION:***
Served, this _____ day of _____, 20_____.   _____
                                                         DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____
This _____ day of _____, 20_____.   _____ Foreperson

                                    **(STAPLE TO FRONT OF COMPLAINT)**